UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LUNA WELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 5:14-cv-05503-PSG<br><br>**JUDGMENT** |

The court has granted the Commissioner of Social Security's motion for summary judgment.[1]  The Clerk shall close the file.

**SO ORDERED.**

Dated: March 18, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 22.

Case No. 5:14-cv-05503-PSG
JUDGMENT

1